UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 19-1559(DSD/TNL)

Ryan Thompson,

        Plaintiff,

v.                                    ORDER

Janell Hussain, Medical
Provider at Sherburne County Jail;
Mend Correctional Care; Sherburne
County Jail Staff; Joel Brott,[1]
Sheriff of Sherburn County;
Patrick Carr, Commander of the
Sherburne County Jail; Diana
VanDerBeek, Nursing Director at
Sherburne County Jail; and Mend
Medical Services,

        Defendants.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Tony L. Leung dated July 23, 2020. No objections to the R&R have been filed in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 21] is adopted in part, as outlined below;

2. The motions to dismiss [ECF Nos. 25, 31] are granted;

---

[1] The court has corrected a typographical error in the spelling of Sheriff Brott's last name in the pleadings.

3. The Verified Complaint, as defined in the R&R, is dismissed without prejudice;

4. Thompson shall have sixty days from the date of this order to file an amended complaint consistent with the requirements set forth in the R&R; and

5. In the event Thompson fails to file an amended complaint within sixty days of this order, the court shall enter final judgment disposing of this case.

Dated: September 14, 2020

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court