UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 19-1559(DSD/TNL)

Ryan Thompson,

        Plaintiff,

v.                                        ORDER

Janell Hussain, Medical
Provider at Sherburne County Jail;
Mend Correctional Care; Sherburne
County Jail Staff; Joel Brott,[1]
Sheriff of Sherburn County;
Patrick Carr, Commander of the
Sherburne County Jail; Diana
VanDerBeek, Nursing Director at
Sherburne County Jail; and Mend
Medical Services,

        Defendants.

     This matter comes before the court upon the court's September 14, 2020, order adopting the July 22, 2020, report and recommendation of United States Magistrate Judge Tony N. leung, granting defendants' motion to dismiss, and directing plaintiff Ryan Thompson to file an amended complaint should he wish to proceed with his case.  The order instructed Thompson to file an amended complaint by November 13, 2020, otherwise the court would enter final judgment in this matter.  Thompson did not file an amended complaint by November 13, 2020.

---

[1] The court has corrected a typographical error in the spelling of Sheriff Brott's last name in the pleadings.

Accordingly, **IT IS HEREBY ORDERED** that this case is dismissed and final judgment shall be entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 17, 2020

s/David S. Doty
David S. Doty, Judge
United States District Court